January 7, 1939

Mr. O. E. Gerron
County Attorney
Odessa, Texas

Dear Mr. Gerron:

Opinion No. O-27
Re: Title of Ex-officio salary
Construction Article 3912e,
Section 15, applicable to
Ector County.

Your request for an opinion pertaining to
certain questions propounded in your letter of January
2nd has been received, the question reading as follows:

"Are we, County Attorney and County
Judge entitled to be paid an annual
salary of $3,000.00 plus the 1% men-
tioned above provided the Commissioners'
Court should so determine? Can the
Commissioners' Court pay us some ex-
officio salary and allow us to make
our maximum salary out of excess fees?"

I am herewith attaching a copy of an opinion
rendered by the Hon. Scott Gaines, a former Assistant
Attorney General of this department, under date of
December 11, 1936, which, in my opinion, would apply
to Ector County, assuming that Ector County has a popu-
lation of less than twenty thousand inhabitants.

In view of the attached opinion no ex-officio
compensation in the form of salaries or fees can be
allowed by the Commissioners' Court except under the
provisions of Article 3895, as amended, now in effect.

It is my opinion that the one percent increase
mentioned in Article 3912e in Section 15 is allowed in

addition to the salary in whatever amount within the provisions and minimum under Article 3883 and maximum allowed, the court sees proper to fix.

The court may determine this amount, then add the one percent increase as fixed by the county's valuation, which sum of the two amounts shall be designated as the annual salary in the order passed by the court under the provisions of Section 15, Article 3912e.

Yours respectfully

ATTORNEY GENERAL OF TEXAS


By

Assistant


WmK:AW

ENCLOSURE

APPROVED:


ATTORNEY GENERAL OF TEXAS